UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENDRA SUE TREY ROSE STRIET,<br><br>Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security Administration,<br><br>Defendant. | Case No. 3:17-cv-00673-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is Magistrate Judge William G. Cobb's Report and Recommendation ("R&R"). (ECF No. 18.) The Court allowed the parties to file any objections by January 25, 2019 (ECF No. 18). To date, no objections have been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made);

*see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection"). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review in order to determine whether to adopt the R&R. Judge Cobb recommended granting Plaintiff's motion to remand, denying the Commissioner's cross-motion to affirm, and remanding this matter for further proceedings consistent with the R&R. (ECF No. 18 at 19.) Upon review of the R&R and the records in this case, the Court finds good cause to adopt the R&R in full.

It is hereby ordered that the R&R (ECF No. 18) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's motion to remand (ECF No. 13) is granted.

It is further ordered that the Commissioner's countermotion to affirm (ECF No. 14) is denied.

It is further ordered that this case is remanded to the Social Security Administration, and the Clerk of the Court is directed to enter judgment and close this case.

DATED THIS 30th day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE